**WO**                                                                                                                        SVK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rockney Willard Martineau, | No. CV 07-0816-PHX-SMM (JRI) |
| Plaintiff, | **ORDER** |
| vs. | |
| Silvia R. Arellano, et al., | |
| Defendants. | |

Plaintiff Rockney Willard Martineau, an inmate at the Maricopa County Towers Jail in Phoenix, Arizona, filed this *pro se* Civil Rights Complaint pursuant to 42 U.S.C. §1983 on April 18, 2007. On May 22, 2007, the Court granted Plaintiff's Application to Proceed *In Forma Pauperis*, obligating him to pay the statutory filing fee of $350.00, and dismissed the Complaint, with leave to amend, because it did not state a claim (Doc. #5). On June 1, 2007, Plaintiff filed a Motion to Dismiss this action, which the Court will construe as a Notice of Voluntary Dismissal (Doc. #8). Under Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff has the right to voluntarily dismiss this action without order of the Court "by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs. . . ." The Court will direct the Clerk to dismiss the action without prejudice.

Plaintiff has also filed a Motion for Waiver of Fees (Doc. #7), in which he asks the Court to waive or defer the fee in view of his Motion to Dismiss. The Court notes that 28 U.S.C. § 1915, which governs proceedings *in forma pauperis*, does not provide any

authority or mechanism for the Court to excuse Plaintiff from having to pay his filing fee. Unfortunately for Plaintiff, under the strictures of 28 U.S.C. § 1915, as amended by the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, 110 Stat. 1321 (Apr. 26, 1996) (PLRA), he must now endure the financial consequences of his economic decision to file this action. Accordingly, Plaintiff's Motion for Waiver of Fees will be denied.

**IT IS ORDERED:**

(1) Plaintiff's Motion for Waiver of Fees (Doc. #7) is **DENIED**.

(2) Plaintiff's Motion to Dismiss Case (Doc. #8), which the Court construes as a Notice of Voluntary Dismissal, is **GRANTED**, and this action is **dismissed without prejudice**. The Clerk of Court must enter judgment accordingly.

DATED this 7th day of June, 2007.

_____
Stephen M. McNamee
United States District Judge